# U.S. District Court
# Southern District of California (San Diego)
# CIVIL DOCKET FOR CASE #: 3:24–cv–02273–H–DTF

Romero v. Amazon.com, Inc.  
Assigned to: Judge Marilyn L. Huff  
Referred to: Magistrate Judge D. Thomas Ferraro  
Cause: 07:0213(b) Unfair, discriminatory, deceptive practice/marketing

Date Filed: 12/05/2024  
Date Terminated: 03/24/2025  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

Early Neutral Evaluation Conference:  
Case Management Conference:  
Status Hearing:  
Status Conference:  
Mandatory Settlement Conference:  

Settlement Conference:  
Settlement Disposition Conference:  
Pretrial Conference:  
Final Pretrial Conference:  
Trial Date:  

**Plaintiff**

**Mayra Romero**  
*on behalf of herself and all others similarly situated*

represented by **Jessica Rose Pfeiff**  
Swigart Law Group, APC  
2221 Camino del Rio South  
Suite 308  
San Diego, CA 92108  
866–219–3343  
Email: jessica@swigartlawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joshua Brandon Swigart**  
Swigart Law Group, APC  
2221 Camino Del Rio South  
Suite 308  
San Diego, CA 92108  
(866) 219–3343  
Fax: (866) 219–8344  
Email: josh@swigartlawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Spencer L. Pfeiff**  
Swigart Law Group, APC  
2221 Camino Del Rio South  
Suite 308  
San Diego, CA 92108  
619–839–7470  
Email: spencer@swigartlawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Amazon.com, Inc.** | represented by | **Jennifer Janeira Nagle**<br>K&L Gates LLP<br>One Congress Street<br>Suite 2900<br>Boston, MA 02114–2010<br>617–951–9197<br>Email: jennifer.nagle@klgates.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin S. Asfour**<br>K&L Gates LLP<br>10100 Santa Monica Boulevard<br>7th Floor<br>Los Angeles, CA 90067<br>310–552–5000<br>Fax: 310–552–5001<br>Email: kevin.asfour@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Loly Garcia Tor**<br>K&L Gates<br>One Newark Center<br>10th Floor<br>Newark, NJ 07102<br>973–848–4026<br>Fax: 973–848–4001<br>Email: loly.tor@klgates.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert W. Sparkes , III**<br>K&L Gates LLP<br>One Congress Street<br>Suite 2900<br>Boston, MA 02114–2010<br>617–951–9134<br>Fax: 617–261–3175<br>Email: robert.sparkes@klgates.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2024 | Ï 1 | COMPLAINT with Jury Demand against Amazon.com, Inc. ( Filing fee $ 405 receipt number ACASDC–19407958.), filed by Mayra Romero. (Attachments: # 1 Civil Cover Sheet)<br><br>The new case number is 3:24–cv–2273–H–MSB. Judge Marilyn L. Huff and Magistrate Judge Michael S. Berg are assigned to the case. (Swigart, Joshua)(axi) (jms). (Entered: 12/06/2024) |

| | | |
|---|---|---|
| 12/06/2024 | Ï 2 | Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (axi) (jms). (Entered: 12/06/2024) |
| 12/06/2024 | Ï 3 | MINUTE ORDER OF RECUSAL. Magistrate Judge Michael S. Berg is no longer assigned. Case reassigned to Magistrate Judge Benjamin J. Cheeks for all further proceedings. The new case number is 24–cv–02273–H–BJC.(no document attached) (mjw) (Entered: 12/06/2024) |
| 12/10/2024 | Ï 4 | SUMMONS Returned Executed by Mayra Romero. Amazon.com, Inc. served. (Pfeiff, Spencer) (mjw). (Entered: 12/10/2024) |
| 12/18/2024 | Ï 5 | Joint MOTION for Extension of Time to File Response/Reply as to 1 Complaint, by Amazon.com, Inc.. (Attachments: # 1 Declaration of Kevin S. Asfour)(Asfour, Kevin)Attorney Kevin S. Asfour added to party Amazon.com, Inc.(pty:dft) (mjw). (Entered: 12/18/2024) |
| 12/18/2024 | Ï 6 | Corporate Disclosure Statement by Amazon.com, Inc.. No Corporate Parents/Interested Parties. (Asfour, Kevin) (mjw). (Entered: 12/18/2024) |
| 12/18/2024 | Ï 7 | NOTICE of Party With Financial Interest by Amazon.com, Inc. . No Parties With Financial Interest. (Asfour, Kevin) (mjw). (Entered: 12/18/2024) |
| 12/19/2024 | Ï 8 | ORDER Granting Joint Motion for Extension of Time to Respond to Complaint [Doc. No. 5 ]. Responses due by 1/29/2025. Signed by Judge Marilyn L. Huff on 12/19/2024. (mjw) (Entered: 12/19/2024) |
| 01/02/2025 | Ï 9 | Request to Appear Pro Hac Vice (Filing fee received: $224.00 receipt number ACASDC–19471845.)(Application to be reviewed by Clerk.) (Sparkes, Robert)(jrd) (Entered: 01/02/2025) |
| 01/06/2025 | Ï 10 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC–19478205.) (Application to be reviewed by Clerk.) (Tor, Loly) (exs). (Entered: 01/06/2025) |
| 01/06/2025 | Ï 11 | ORDER Approving the Pro Hac Vice Application of Loly G. Tor, re 10 Request to Appear Pro Hac Vice. Signed by Judge Marilyn L. Huff on 1/6/2025.(exs) (Entered: 01/06/2025) |
| 01/06/2025 | Ï 12 | ORDER Approving the Pro Hac Vice Application of Robert W. Sparkes, III, re 9 Request to Appear Pro Hac Vice. Signed by Judge Marilyn L. Huff on 1/6/2025.(exs) (Entered: 01/06/2025) |
| 01/07/2025 | Ï 13 | Request to Appear Pro Hac Vice ( Filing fee received: $ 224 receipt number ACASDC–19482228.) (Application to be reviewed by Clerk.) (Nagle, Jennifer) (exs). (Entered: 01/07/2025) |
| 01/07/2025 | Ï 14 | ORDER Approving the Pro Hac Vice Application of Jennifer J. Nagle, re 13 Request to Appear Pro Hac Vice. Signed by Judge Marilyn L. Huff on 1/7/2025.(exs) (Entered: 01/07/2025) |
| 01/14/2025 | Ï 15 | AMENDED COMPLAINT with Jury Demand against Amazon.com, Inc.. (Swigart, Joshua) (sjt). (Entered: 01/14/2025) |
| 01/14/2025 | Ï 16 | MINUTE ORDER OF TRANSFER. Magistrate Judge Benjamin J. Cheeks is no longer assigned. Case reassigned to Magistrate Judge D. Thomas Ferraro for all further proceedings. The new case number is 24–cv–02273–H–DTF.(no document attached) (anh) (Entered: 01/15/2025) |
| 01/28/2025 | Ï 17 | MOTION to Change Venue by Amazon.com, Inc.. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Yoka Ariwaodo, # 3 Exhibit A (to Declaration of Yoka Ariwaodo))(Asfour, Kevin) (mjw). (Entered: 01/28/2025) |
| 01/28/2025 | Ï 18 | MOTION to Dismiss for Failure to State a Claim by Amazon.com, Inc.. (Attachments: # 1 Memo of Points and Authorities, # 2 Request for Judicial Notice, # 3 Declaration of Kevin S. Asfour, # 4 Exhibit A (to Declaration of Kevin S. Asfour), # 5 Exhibit B (to Declaration of Kevin S. Asfour), # |

| | | |
|---|---|---|
| | | 6 Exhibit C (to Declaration of Kevin S. Asfour), # 7 Exhibit D (to Declaration of Kevin S. Asfour), # 8 Exhibit E (to Declaration of Kevin S. Asfour), # 9 Exhibit F (to Declaration of Kevin S. Asfour), # 10 Exhibit G (to Declaration of Kevin S. Asfour), # 11 Exhibit H (to Declaration of Kevin S. Asfour), # 12 Exhibit I (to Declaration of Kevin S. Asfour))(Asfour, Kevin) (mjw). (Entered: 01/28/2025) |
| 02/06/2025 | 19 | Joint MOTION to Continue *Hearings on Motion to Transfer Venue and Motion to Dismiss and to Modify Briefing Schedule* by Amazon.com, Inc.. (Asfour, Kevin) (mjw). (Entered: 02/06/2025) |
| 02/11/2025 | 20 | ORDER: (1) Granting Joint Motion to Continue; and (2) Setting Briefing Schedule for Defendants Motion to Dismiss and Motion to Transfer Venue [Doc. No. 19 ]. Signed by Judge Marilyn L. Huff on 02/11/2025. (mjw) (Entered: 02/11/2025) |
| 03/03/2025 | 21 | RESPONSE in Opposition re 17 MOTION to Change Venue filed by Mayra Romero. (Attachments: # 1 Declaration Decl. J. Swigart, # 2 Exhibit Ex. A, # 3 Exhibit Ex. B)(Swigart, Joshua) (mjw). (Entered: 03/03/2025) |
| 03/10/2025 | 22 | REPLY to Response to Motion re 17 MOTION to Change Venue filed by Amazon.com, Inc.. (Asfour, Kevin)(mjw). (Entered: 03/10/2025) |
| 03/11/2025 | 23 | ORDER Submitting Defendants Motion to Transfer Venue [Doc. No. 17 ]. Signed by Judge Marilyn L. Huff on 03/11/2025.(mjw) (Entered: 03/11/2025) |
| 03/24/2025 | 24 | Case transferred to District of District Western Washington. Files transferred electronically to: *District of Western District of Washington*.*700 Stewart Street, Suite 2310**Seattle, WA 98101*. Signed by Judge Marilyn L. Huff on 03/24/2025. (Attachments: # 1 Order) (mjw) (Entered: 03/24/2025) |