# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MAYRA ROMERO,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM INC.,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-548 JNW |

___      **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion to Dismiss is GRANTED and the First Amended Complaint is DISMISSED with prejudice.

Dated August 20, 2025.

                                           Ravi Subramanian
                                           Clerk of Court

                                           s/ Alejandro Pasaye Hernandez
                                           Deputy Clerk